UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 09-CR-20028
                                            HON. GEORGE CARAM STEEH

HAZIM AL-HARRAQ,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR LIMITED ALTERATION OF BOND CONDITIONS (# 21) TO ATTEND CHILD'S BAPTISM AND RELATED ACTIVITIES FOR UP TO SIX HOURS

    Defendant Hazim Al-Harraq moves for a limited alteration of his bond conditions to allow him to attend the baptism of his child Lorenzo. The Government does not oppose the motion. Having reviewed the motion and the circumstances of this case,

    Defendant Al-Harraq's motion is hereby GRANTED to the extent that the conditions of his bond are hereby MODIFIED to the extent Al-Harraq may attend the baptism of his child Lorenzo and related activities for up to six hours ONLY, on a single day ONLY, and within the time period of June 28, 2009 through July 4, 2009. No other conditions of bond are affected by this Order.

    SO ORDERED.

Dated: June 26, 2009

                                                        s/George Caram Steeh
                                                        GEORGE CARAM STEEH
                                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 26, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk